IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

|                           | )  |                      |
|---------------------------|----|----------------------|
| **ROSEMARY JONES,**       | )  |                      |
|                           | )  |                      |
|     **Plaintiff,** | ) |          |
|                           | )  |                      |
| VS.                       | )  | No. 07-2065 JPM-tmp  |
|                           | )  |                      |
| **MICHAEL J. ASTRUE,**    | )  |                      |
| **COMMISSIONER OF SOCIAL**| )  |                      |
| **SECURITY,**             | )  |                      |
|                           | )  |                      |
|     **Defendant.** | ) |          |
|                           | )  |                      |

_____

**ORDER ADOPTING REPORT AND RECOMMENDATION;
ORDER REMANDING CASE**
_____

Before the Court is the Report and Recommendation (Doc. 16) of Magistrate Judge Tu M. Pham, submitted on February 8, 2008, recommending that the case be remanded for further proceedings. Upon de novo review, the Court ADOPTS the Magistrate Judge's Report and Recommendation in its entirety and REMANDS the case for a hearing consistent with this Order and the Report and Recommendation of the Magistrate Judge.

The Magistrate Judge found improper the Administrative Law Judge's ("ALJ") exclusive reliance on the Medical-Vocational Guidelines in finding that Plaintiff was not disabled. More specifically, the Magistrate Judge found that, before relying exclusively on the Guidelines, the ALJ should have made specific findings relating to Plaintiff's nonexertional limitations,

whether those limitations are significant, and whether there are jobs existing in significant numbers in the national economy that Plaintiff could perform consistent with her functional limitations, age, education, and work experience.

No objections to the Report and Recommendation have been filed, and the time for filing objections has expired. See 28 U.S.C. § 636(b)(1)(C); see also Frontier Ins. Co. v. Blaty, 454 F.3d 590, 596-97 (6th Cir. 2006); Harris v. City of Akron, 20 F.3d 1396, 1402-03 (6th Cir. 1994)("Failure to file an objection to a magistrate judge's recommendation constitutes a waiver of the right to appeal on the basis of that recommendation.") (citing Thomas v. Arn, 474 U.S. 140, 153-54 (1985)).

Upon de novo review, the Court ADOPTS the Magistrate Judge's Report and Recommendation in its entirety and REMANDS the case for a hearing consistent with this Order and the Report and Recommendation (Doc. 16) of the Magistrate Judge.

SO ORDERED this 27th day of February, 2008.

s/ JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE